IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Anguelov, Ivan | Case Number: 07 B 24138 |
| | Judge: Wedoff, Eugene R |
| Printed: 10/22/08 | Filed: 12/21/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 4, 2008
Confirmed: March 20, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 2,436.00 | |
| Secured: | | 2,292.24 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 7.44 |
| Trustee Fee: | | 136.32 |
| Other Funds: | | 0.00 |
| Totals: | 2,436.00 | 2,436.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Leeders & Associates LTD | Administrative | 2,380.00 | 7.44 |
| 2. | MB Financial | Secured | 0.00 | 0.00 |
| 3. | Oak Brook Bank | Secured | 5,586.48 | 614.43 |
| 4. | Wachovia Dealer Services | Secured | 21,539.59 | 1,640.67 |
| 5. | Sterling Inc | Secured | 125.21 | 37.14 |
| 6. | Portfolio Recovery Associates | Unsecured | 158.75 | 0.00 |
| 7. | Target National Bank | Unsecured | 7.29 | 0.00 |
| 8. | Portfolio Recovery Associates | Unsecured | 15.69 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 253.29 | 0.00 |
| 10. | Discover Financial Services | Unsecured | 104.82 | 0.00 |
| 11. | Portfolio Recovery Associates | Unsecured | 1,012.12 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 669.19 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 762.02 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 109.07 | 0.00 |
| 15. | Portfolio Recovery Associates | Unsecured | 707.31 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 78.49 | 0.00 |
| 17. | ECast Settlement Corp | Unsecured | 623.93 | 0.00 |
| 18. | ECast Settlement Corp | Unsecured | 41.35 | 0.00 |
| 19. | American Express Centurion | Unsecured | 514.41 | 0.00 |
| 20. | American Express Centurion | Unsecured | 40.75 | 0.00 |
| 21. | ECast Settlement Corp | Unsecured | 450.65 | 0.00 |
| 22. | Chase | Unsecured | | No Claim Filed |
| 23. | FIA Csna | Unsecured | | No Claim Filed |
| 24. | FIA Csna | Unsecured | | No Claim Filed |
| 25. | HSBC | Unsecured | | No Claim Filed |
| 26. | Shell Citibank | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Anguelov, Ivan

Printed: 10/22/08

Case Number: 07 B 24138
Judge: Wedoff, Eugene R
Filed: 12/21/07

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| | | $ 35,180.41 | $ 2,299.68 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 108.12 |
| 6.5% | 28.20 |
| | $ 136.32 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

